IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01338-BNB-KMT

REBECCA HUTTON,

Plaintiff,

v.

CHARLES P. WOODALL, IV,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Motion for Clarification** [docket no. 19, filed August 21, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  The Minute Order [14] entered on August 20, 2013 gave the correct docket entry but the wrong title of the motion.  The Minute Order should read as follows:

      This matter is before the Court on the **Stipulated Motion for Extension of Time to Complete F.R.C.P. 26F Conference and Consent to Reference to Magistrate Judge** [docket no. 11, filed August 19, 2013] (the "Motion").

      IT IS ORDERED that the Motion is DENIED.  The Scheduling/Planning Conference, set for **September 6, 2013**, and all related dates, will go forward as previously set.


DATED:  August 21, 2013