IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2013CV01338-MS

REBECCA HUTTON
        Plaintiff

v.

CHARLES P. WOODALL, IV
        Defendant

### ORDER

THIS MATTER, having come on before the Court upon the parties' Stipulation Regarding Production of Laptop Computer and the Court having reviewed the same and being fully advised,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that such Stipulation is hereby approved and adopted by this Court. The parties are directed to carry out their respective duties pursuant thereto.

DONE IN CHAMBERS: April 8, 2014        BY THE COURT

                                                        /s/ Boyd N. Boland
                                                   United States District Judge / Magistrate

                                                   **BOYD N. BOLAND**
                                                   **United States Magistrate Judge**