IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-1338-BNB-KMT

REBECCA HUTTON,

Plaintiff,

v.

CHARLES P. WOODALL, IV,

Defendant.

## ORDER

Good cause having been shown,

IT IS ORDERED that the Order to Show Cause [Doc. # 37] is DISCHARGED.

Dated June 17, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge