IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-1338-BNB-KMT

REBECCA HUTTON,

Plaintiff,

v.

CHARLES P. WOODALL, IV,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)     **Motion to Withdraw as Counsel of Record** [Doc. # 50, filed 8/14/2014] (the "Motion to Withdraw") filed by plaintiff's counsel, John F. Head; and

(2)     **Motion for an Order to Show Cause** [Doc. # 52, filed 9/2/2014] filed by the defendant pro se.

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Withdraw [Doc. # 50] is GRANTED, and John F. Head of Head & Associates, P.C., is relieved of any continuing responsibility in the case.

(2)     Mr. Woodall is cautioned that he is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

(3)     The Motion for an Order to Show Cause [Doc. # 52] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require the plaintiff to destroy all known copies of the Gun Collection file in her possession, custody, and control and prohibiting the plaintiff from making any further use of the Gun Collection file; and

• DENIED in all other respects.

DATED September 5, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge