# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:13-cv-1338-BNB-KMT

**REBECCA HUTTON**

*Plaintiff*,

v.

**CHARLES WOODALL, IV**

*Defendant*.

## NOTICE BY THE UNITED STATES OF AMERICA OF DECISION NOT TO INTERVENE TO DEFEND THE CONSTITUTIONALITY OF A FEDERAL STATUTE

The United States hereby gives notice that it declines to intervene in this case pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1) for the limited purpose of defending the constitutionality of 18 U.S.C. § 2511(1)(a).

Date: September 8, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

 */s/ Robert J. Prince*
ROBERT J. PRINCE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel:  (202) 305 3654
Fax: (202) 616-8460
Email:  robert.prince@usdoj.gov

*Counsel for the United States of America*