IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01338-BNB-KMT

REBECCA HUTTON,

      Plaintiff,

v.

CHARLES P. WOODALL, IV,

      Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order entered by the Honorable Boyd N. Boland on October 3, 2014 , incorporated herein by reference, it is

ORDERED that Plaintiff's Motion for an Summary Judgment [Doc. # 29] is DENIED.  It is

FURTHER ORDERED that Judgment shall enter in favor of the defendant on all claims.

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Charles P. Woodall, IV  , and against Plaintiff, Rebecca Hutton.  It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado this _6th_ day of October, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble,
Deputy Clerk